

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name: In re American Renal Associates LLC,

Appellate case number: 01-19-00839-CV

Trial court case number: 2017-21479

Trial court: 190th District Court of Harris County

Relator, American Renal Associates LLC, has filed a petition for writ of mandamus challenging the trial court's August 7, 2019 order permitting real parties in interest, Dr. M. Atiq Dada and his related entities, to depose relator's former General Counsel, President, and former Chief Financial Officer. The Court requests that real parties in interest file a response to the petition for writ of mandamus by **December 2, 2019**.

It is so ORDERED.

Judge's signature: ____/s/ Sarah B. Landau_____
                                        Acting individually

Date: ___October 31, 2019_____